**<u>UNPUBLISHED</u>**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 14-1791

---

JOHN KLAR,

        Plaintiff - Appellant,

    and

MARCY KLAR,

        Plaintiff,

    v.

SETERUS, INC.; FEDERAL NATIONAL MORTGAGE ASSOCIATION,

        Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. John A. Gibney, Jr., District Judge. (2:13-cv-00462-JAG)

---

Submitted:  December 18, 2014      Decided:  December 22, 2014

---

Before SHEDD, WYNN, and THACKER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

John Klar, Appellant Pro Se.  Terry Catherine Frank, KAUFMAN & CANOLES, PC, Richmond, Virginia, Christy Lee Murphy, KAUFMAN & CANOLES, PC, Norfolk, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Klar appeals the district court's orders dismissing his civil action with prejudice after he failed to comply with a scheduling order and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Klar v. Seterus, Inc.</u>, No. 3:13-cv-00462-JAG (E.D. Va. July 8, 2014; Aug. 5, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>